1  Erika Bailey Drake (SBN 248034)
   edrake@drakeanddrake.com
2  Roger D. Drake (SBN 237834)
   rdrake@drakeanddrake.com
3  Drake & Drake, P.C.
4  23679 Calabasas Road, Suite 403
   Calabasas, California  91302
5  Telephone:  818.438.1332
6  Facsimile:  818.475.1880
   Attorneys for Plaintiff
7

8                UNITED STATES DISTRICT COURT
                 CENTRAL DISTRICT OF CALIFORNIA
9

10 | DAVID ROGERS,                          )
11 |                                        ) CASE NO.: 5:20-cv-02572-PD
         Plaintiff,                         )
12 |                                        )
13 | v.                                     ) ORDER
                                            ) AWARDING EAJA FEES AND COSTS
14 | KILOLO KIJAKAZI, Acting                )
15 | Commissioner of Social Security,       )
                                            )
16 |                                        )
         Defendant.                         )
17 |_____)

18
           Based upon the parties' Stipulation for Award of EAJA Fees ("Stipulation"),
19
           IT IS ORDERED that EAJA fees are awarded in the amount of EIGHT
20
   HUNDRED DOLLARS AND 00/100 ($800.00) and costs in the amount of FOUR
21
   HUNDRED DOLLARS TWO DOLLARS AND 00/100 ($400.00) subject to the
22
   terms of the stipulation.
23

24
   DATED:  October 05, 2021            *Patricia Donahue*
25                                     _____
                                       HON. PATRICIA DONAHUE
26                                     UNITED STATES MAGISTRATE JUDGE
27

28

-1-